IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RODRIGUEZ-HERNANDEZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN J. TENNIS, et al., | : | NO. 07-4113 |
| Respondents. | : | |

MEMORANDUM AND ORDER

Presently pending before this court is petitioner's Motion to Appoint Counsel in this

habeas corpus action (Doc. No. 2).

There is no automatic constitutional right to counsel in a federal habeas corpus

proceeding. *Coleman v. Thompson*, 501 U.S. 722, 752 (1991); *Reese v. Fulcomer*, 946 F.2d 247,

263 (3d Cir. 1991). Whenever the United States magistrate judge or the court determines that the

interests of justice so require, representation may be provided for any financially eligible person

seeking federal habeas relief. 18 U.S.C. § 3006A(a)(2) (2004). Applying the "interests of

justice" standard, the court may consider if the petitioner has presented a nonfrivolous claim and

if the appointment of counsel will benefit the petitioner and the court. Factors to be considered

are the complexity of the legal and factual issues in the case, as well as the *pro se* petitioner's

ability to investigate facts and present claims. *Reese*, 946 F.2d at 263.

Petitioner's claims in this matter are time-barred, so that even if the Petition is not

frivolous, the appointment of counsel would benefit neither petitioner nor the court. Moreover,

the court finds that the factual and legal issues in the Petition are relatively simple, and that

Petitioner's filings in this action have demonstrated sufficient ability to present his claims and

arguments without the assistance of court-appointed counsel. *See Brown v. DiGuglielmo*, 2007

WL 4242266 at *1 n. 1 (E.D. Pa.); *Stocklin v. Klem*, 2004 WL 1535790, at *7 (E.D. Pa.); *Kim v.*

*Klem*, 2003 WL 22204549, at *12 n. 15 (E.D. Pa.).


AND NOW, this ___22nd___ day of ___February___, 2008, petitioner's motion for

appointment of counsel (Doc. No. 2) is DENIED.


BY THE COURT:


___/s/ Lynne A. Sitarski_____

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE